UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No.: 6:11-bk-12028-KSJ

MATTHEW M. KING,

       Debtor.
_____/

**Chapter 13 Plan**      x     **First Amended Chapter 13 Plan**

    COMES NOW, the Debtor and files this First Amended Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number | Months of Plan | Amount of Plan Payment |
|---|---|---|
| 1-60 | September 14, 2011 through August 14, 2016 | $3,174.00 |

    The Debtor shall pay by **money order**, **cashier's check** or **wage deduction**, to **Laurie K. Weatherford, Chapter 13 Standing Trustee**, **P.O. Box 1103, Memphis, Tennessee 38101-1103**. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payments established by Court Order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| Richard W. Hennings, Esquire | $ 1,500.00 | $ 100.00 | 1-15 |
| Richard W. Hennings, P.A. | | $ 0.00 | 16-60 |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee (currently at 10% for all payments) and:

**Priority Claims**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Secured Claims**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| HomeBanc (Ongoing mortgage payments on the Debtor's primary residence that continue after the Plan is completed and pursuant to the applicable Note and Mortgage) | $582,000.00 est. | $2,286.53 | 1-60 |
| Insight Financial (2007 Chevrolet Tahoe) | $ 19,000.00 est. 5.25% interest | $ 425.00 $ 6.91 $ 0.00 | 1-50 51 52-60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| N/A | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| HomeBanc (Ongoing mortgage payments on the Debtor's primary residence that continue after the Plan is completed and pursuant to the applicable Note and Mortgage) | $ 2,286.53 | $ 38.10 $ 38.63 | 1-59 60 |

**Property to Be Surrendered**

| Name of Creditor | Property Address or Collateral |
|---|---|
| * | |

*Note: Only the Debtor's non-filing spouse is responsible for the debt owed to the following creditors and relative to the following properties:

| | |
|---|---|
| Chase Home Finance | 935 Belle Oak Drive, Leesburg, Florida |
| SunTrust Mortgage, Inc. | 2948 Tangerine Court #41A, Leesburg, Florida |

**Valuation of Security**

| Name of Creditor | Claim Amount | Payment Amount | Payment Numbers |
|---|---|---|---|
| Capital City Bank | $130,427.40 | Pro Rata | |

(The Debtor intends to file a Motion for an Order Stripping the Second Mortgage Lien.)

**Executory Contracts**

   The following Executory Contracts are assumed:   N/A
   The following Executory Contracts are rejected:   N/A

**Unsecured Creditors:** Unsecured creditors, whose claims are allowed, shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Further, pursuant to Order of this Court, income tax refunds received during this case, if any, will also be paid to the general unsecured creditors through the Plan unless the Debtor has permission from the Trustee or the Court to retain the applicable refund. The dividend to the unsecured creditors will be determined at Confirmation.

Date: August 25, 2011

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing First Amended Chapter 13 Plan is being served by United States Regular Mail, postage prepaid, or by CM/ECF electronic transmission, as may be applicable, to all creditors and interested parties, as listed on the Court Matrix, on August 25, 2011.

                        Respectfully submitted,

                        */s/ Richard W. Hennings, Esquire*
                        Richard W. Hennings, P.A.
                        205 North Joanna Avenue
                        Tavares, Florida 32778-3217
                        Telephone: (352) 343-3335
                        Facsimile: (352) 343-5458
                        Florida Bar No. 0192633
                        Attorney for the Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-12028-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Aug 25 17:34:04 EDT 2011 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Matthew M. King<br>PO Box 1030<br>Fruitland Park, FL 34731-1030 | Rialto Capital Advisors, LLC<br>c/o W. Glenn Jensen<br>P.O. Box 6507<br>Orlando, FL 32802-6507 |
| AT&T Universal Card<br>PO Box 182564<br>Columbus, OH 43218-2564 | (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | American Express<br>PO Box 360002<br>Fort Lauderdale, FL 33336-0002 |
| BAC Home Loans Servicing<br>PO Box 650070<br>Dallas, TX 75265-0070 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB&T Item Processing Ctr<br>PO Box 580048<br>Charlotte, NC 28258-0048 |
| Bank of America<br>PO Box 851001<br>Dallas, TX 75285-1001 | Capital City Bank<br>PO Box 900<br>Tallahassee, FL 32302-0900 | Capital City Bank<br>c/o Kyle D. Phelps<br>304 E. Tenn St.<br>Tallahassee, FL 32301 |
| Capital One Bank<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Home Finance<br>PO Box 9001871<br>Louisville, KY 40290-1871 | CitiBank<br>PO Box 183051<br>Columbus, OH 43218-3051 |
| CitiBank<br>PO Box 653097<br>Dallas, TX 75265-3097 | Discover Card<br>PO Box 71084<br>Charlotte, NC 28272-1084 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 |
| FIA Card Services, NA as successor in intere<br>Bank of America NA and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | G Family Corporation<br>c/o Benjamin M. Boylston<br>Stone & Gerken, P.A.<br>4850 N. Highway 19A<br>Mount Dora, FL 32757-2008 |
| GM Business Card<br>PO Box 15153<br>Wilmington, DE 19886-5153 | HomeBanc<br>PO Box 8068<br>Virginia Beach, VA 23450-8068 | Insight Financial<br>PO Box 4900<br>Orlando, FL 32802-4900 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Lake County Tax Collector<br>Attn: Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 | RL Regi Florida, LLC<br>c/o Rialto Capital Advisors<br>700 W 107th Avenue<br>Suite 200<br>Miami, FL 33172-3138 |

| | | |
|---|---|---|
| Regions Bank<br>PO Box 2224<br>Birmingham, AL 35246-0026 | Ro Mac Lumber & Supply, Inc.<br>700 E. Main Street<br>Leesburg, FL 34748-5392 | SunTrust Mortgage, Inc.<br>PO Box 79041<br>Baltimore, MD 21279-0041 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Richard W Hennings +<br>Richard W Hennings PA<br>205 North Joanna Avenue<br>Tavares, FL 32778-3217 |
| David J Lienhart +<br>Roetzel & Andress LPA<br>420 South Orange Avenue<br>CNL II - 7th Floor<br>Orlando, FL 32801-3313 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanta Bank Corp<br>PO Box 8088<br>Philadelphia, PA 19101-8088 | BB&T<br>PO Box 1847<br>Wilson, NC 27894 | (d)Branch Banking & Trust Co.<br>c/o Lisa I. Moberly<br>200 West 2nd Street<br>3rd Floor Legal<br>Winston Salem, NC 27101 |
| US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients    1<br>Total                   37 | |